IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02322-REB-CBS

BRUCE THOMAS,

       Plaintiff,

v.

COMCAST,

       Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Participate in Scheduling Conference by Telephone (*doc. no. 17)* is **GRANTED**.

       IT IS FURTHER ORDERED that counsel for Plaintiff and out-of-state counsel for Defendant may appear by phone.  Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**      March 1, 2007